**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

INTERNATIONAL UNION OF                       :
PAINTERS AND ALLIED TRADES                   :
DISTRICT COUNSEL 711 HEALTH &                :
WELFARE, VACATION, AND                       :
FINISHING TRADES INSTITUTE                   :
FUNDS, and HARRY J.                          :
HARCHETTS and CLEMENT SOMMERS,:
as Trustees and Fiduciaries for DISTRICT     :
COUNCIL 711 HEALTH & WELFARE,                :
VACATION AND FINISHING                       :
TRADES INSTITUTE FUNDS,                       :
                                             :
                    Plaintiffs,              :
                                             :     Civil Action No. 09-6240 (SRC)
v.                                           :
                                             :      **ORDER**
HAVANA CONSTRUCTION                          :
CORPORATION et al.,                          :
                                             :
                    Defendants.              :
_____:

**CHESLER, U.S.D.J.**

　　This matter comes before the Court on Plaintiffs' motion for default judgment as to

Defendants Havana Construction Corporation and Lucia Martinez.  The supporting affidavit by

counsel claims damages for outstanding contributions in the amount of $5361.71, but the letters

submitted as evidence of the amount of damages were written by the Funds' administrator, not by

counsel, and the claimed amount of damages is not supported by any affidavit from one with

personal knowledge of the amount of damages.  Also, the supporting affidavit claims liquidated

damages in the amount of 20% of total delinquent contributions, but does not demonstrate that

such liquidated damages are provided for under the plan.[1]  The motion for default judgment will

be denied without prejudice, and Plaintiffs may refile the motion if supported by admissible

evidence of damages.

      For these reasons,

      **IT IS** on this 22th day of April, 2010,

      **ORDERED** that Plaintiffs' motion for entry of default judgment (Docket Entry No. 6) is

**DENIED** without prejudice.


            s/ Stanley R. Chesler
            Stanley R. Chesler
            United States District judge

---

[1] In an action for delinquent contributions, the statute provides that the Court shall award "liquidated damages provided for under the plan in an amount not in excess of 20 percent . . . of the amount determined by the court under subparagraph (A)."  29 U.S.C. § 1132(g)(2)(C)(ii).